# United States Bankruptcy Court
## Northern District of Texas

In re  Rooftop Group International Pte. Ltd.  
         Debtor(s)

Case No. _____  
Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Darren Matloff<br>900 Henderson Ave #2514<br>Houston, TX  77058 | | 69% | Common |
| Asset Resolution Company SPC<br>42 North Church Street, 2nd Floor<br>Harbour Center KY1-9006, Cayman Islands | | 30% | Common |
| Triumphant Gold Limited<br>Offshore Incorporations (Cayman) Limited<br>Floor 4<br>Willow House, Cricket Square<br>P.O. Box 2804<br>Grand Cayman  KY1-1112, Cayman Islands | | 1% | Common |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  ____April 29, 2019____          Signature  _____  
                                                     Darren Matloff

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.

Scanned with CamScanner