Fill in this information to identify the case and this filing:

Debtor Name: Rooftop Group International Pte. Ltd.
United States Bankruptcy Court for the: Northern District of Texas
(State)
Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/29/2019
MM / DD / YYYY

X _____ [signature]
Signature of individual signing on behalf of debtor

Darren Matloff
Printed name

Director
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors

Scanned with CamScanner

Fill in this information to identify the case:

Debtor name: Rooftop Group Singapore Pte. Ltd.

United States Bankruptcy Court for the: Northern District of Texas

Case Number (if known): 19-31443

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UOC SPV1 Pte. Ltd. 80 Raffles Place #26-04 UOB Plaza 1 Singapore 048624 | Han Kuan Yuan (+) 65 6532 0245 han.kuanyuan@uobgroup.com | Unsecured Loan | Unliquidated Disputed | | | $20,000,000.00 |
| 2 | Disney Consumer Products, Inc (USA) 80 Raffles Place, #26-04 UOB Plaza 1 Singapore 048624 | Christie Yeoh yeoh@disney.com | Contract | Unliquidated Disputed | | | $7,311,610.80 |
| 3 | Begaline Ltd Vanterpool Plaza, 2nd Floor Wickams Cay 1, Road Town, Tortola, British Virgin Islands | Tan Aik Keong (+) 65 9733 1799 aikkeong@gmail.com | Unsecured Loan | Unliquidated Disputed | | | $7,000,000.00 |
| 4 | Polar Ventures Overseas Limited Portcullis Trustnet Chambers PO Box 3444 Road Town, Tortola British Virgin Islands | Alan Yamashita (+) 852 8192 6680 alan.yamashita@polar-ventures.com | Unsecured Loan | Unliquidated Disputed | | | $4,782,242.00 |
| 5 | Asian Express Holdings Ltd Room 1702, Sino Centre 582-592 Nathan Road Mongkok, Kowloon Hong Kong | Chen Chia Wen (+) 8869 16835451 phoebechen1018@gmail.com | Contract | Unliquidated Disputed | | | $4,135,000.00 |
| 6 | Atkis Capital Advisory Ltd 27th Floor Tesbury Centre 28 Queen's Road East Wan Chai, Hong Kong | Danny Yee (+) 852 2167 6038 danny.yee@aktiscapital.com | Unsecured Loan | Unliquidated Disputed | | | $3,903,896.00 |

Debtor  Rooftop Group International Pte. Ltd.  
         Name

Case number (if known)  19-31443

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Triumphant Gold Limited Offshore Incorporations (Cayman) Limited Floor 4, Willow House Cricket Square PO Box 2804 Grand Cayman, KY1-1112 Cayman Islands | Hiroyuki Mukaibo (+) 852 2167 6038 hiro.mukaibo@atkiscapital.com | Unsecured Loan | Unliquidated Disputed | | | $3,903,896.00 |
| 8 | Chiat Thian Chew Portcullis Trustnet Chambers PO Box 3444 Road Town, Tortola British Virgin Islands | Chiat Thian Chew (+) 852 5129 8800 thian.chew@polar-ventures.com | | Unliquidated Disputed | | | $2,400,000.00 |
| 9 | Shulian Sui 1-202 Building 5 No. 17, Xicui Road Haidian District, Beijing PRC | Shulian Sui (+) 86 138 64116978 ss.777@163.com | | Unliquidated Disputed | | | $1,932,000.00 |
| 10 | Brian Dlugash / Tetro Limited 4B, 12 Shipyard Lane Quarry Bay, Hong Kong | Brian Dlugash (+) 852 9410 2004 bdd@wpl.com.hk | | Unliquidated Disputed | | | $1,000,000.00 |
| 11 | Andre Joseph Hoffmann L'occitane (Far East) Ltd. Times Square, 38/F Tower Two 1 Matheson Street Causeway Bay, Hong Kong | Andre Joseph Hoffman (+) 852 9469 3755 andre.hoffman@loccitane.com | | Unliquidated Disputed | | | $1,000,000.00 |
| 12 | Stephen Nelson Flat 7B 93 Repulse Bay Road Hong Kong | Stephen Nelson (+) 852 9383 9848 steve88833@gmail.com | | Unliquidated Disputed | | | $750,000.00 |
| 13 | Shulian Sui 1-202 Building 5 No. 17, Xicui Road Haidian District, Beijing PRC | Shulian Sui (+) 86 138 64116978 ss.777@163.com | | Unliquidated Disputed | | | $743,000.00 |
| 14 | Pica Australia 11/37 Keilor Park Dr. Keilor Park Vic 3042, Australia | Sian Mimmo (+) 613 9337 4336 sian@pica.com.au | | Unliquidated Disputed | | | $656,195.57 |
| 15 | Suisuhai 1-2-1904 Dayaotiancheng Shanda Road Jinan City, Shandong Province | Suisuhai (+) 86 138 64116978 ss.777@163.com | | Unliquidated Disputed | | | $238,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Debtor  Rooftop Group International Pte. Ltd.  Case number (if known) 19-31443
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | KMOB (Knobbe Martens Olson & Bear)<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614 | Morgan Coates<br>(949) 760-9502<br>morgan.coates@knobbe.com | | Unliquidated<br>Disputed | | | $150,000.00 |
| 17 | Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036 | David Feldman<br>(212) 202-6094<br>dnfeldman@duanemorris.com | Trade Debt | Unliquidated<br>Disputed | | | $78,000.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |