# United States Bankruptcy Court
## Northern District of Texas

In re: Rooftop Group International Pte. Ltd.
Debtor(s)

Case No. 19-31443
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Asset Resolution Company SPC<br>42 North Chruch Street, 2nd Floor<br>Harbour Center KY1-9006, Cayman Islands | | | 30 |
| Gandiva Investments Limited<br>Trident Trust Company (BVI) Limited<br>Trident Chambers, P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | | | 69 |
| Triumphant Gold Limited Offshore Inc. Lt<br>Floor 4, Willow House, Cricket Square<br>PO Box 2804<br>Grand Cayman, KY1-1112<br>Cayman Islands | | | 1 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date June 6, 2019

Signature _Darren Matloff_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.