# EXHIBIT D



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2018 through March 30, 2018

Primary Account: ███████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00005026 DRE 201 210 09418 NNNNNNNNNN  1 000000000 D2 0000

ROOFTOP GROUP USA, INC. DBA
ROOFTOP BRANDS
5218 SPRUCE ST
BELLAIRE TX 77401-3311



## We updated our Deposit Account Agreement

The following changes were made March 11, 2018:

We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

- We clarified that if the amount written on your deposit ticket is different from the total deposit you present, we can adjust your account for the difference. (General Account Terms, Section A, Deposit records and receipts)

- You can now request a stop payment on a check through the Chase Mobile ® app. You can also still do this on chase.com, over the phone or in a branch. (General Account Terms, Section B, Stop payments)

- We're starting to use a new payment network that allows businesses to send you real-time payments when you provide your account and routing numbers. When you accept a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We updated the language to clarify how to place a stop payment on electronic funds transfers. (Electronic Funds Transfer Service Terms, Section G, Preauthorized (recurring) transfers and stop payments)

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | ████████ | $151,386.38 | $24,463.97 |
| Chase Performance Business Checking | ████████ | 73.06 | 73.06 |
| **Total** | | **$151,459.44** | **$24,537.03** |
| | | | |
| **TOTAL ASSETS** | | **$151,459.44** | **$24,537.03** |



March 01, 2018 through March 30, 2018

Primary Account: ███████████

## CHASE PERFORMANCE BUSINESS CHECKING

ROOFTOP GROUP USA, INC. DBA

Account Number: ███████████

ROOFTOP BRANDS

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$151,386.38** |
| Deposits and Additions | 57 | 1,203,787.84 |
| Checks Paid | 9 | -18,963.83 |
| ATM & Debit Card Withdrawals | 185 | -27,180.58 |
| Electronic Withdrawals | 114 | -1,280,996.84 |
| Other Withdrawals | 1 | -2,649.00 |
| Fees | 1 | -920.00 |
| **Ending Balance** | **367** | **$24,463.97** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Asian Express Holdings Limited Ng Kong Ref: Nbnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774013311/Ac-000 000004709 Org=/808018766838 Ng Kong Ogb=Hsbc Hong Kong Hong Kong Hong Kong Bbi=/Chgs/USD25,00/Bnf/Jpmorga N Chase Bank NA 15760 W . Hardy Rd. , Suite Ssn: 0047484 Trn: 0880400060Fc | $489,975.00 |
| 03/01 | Book Transfer Credit B/O: Taipei Fubon Commercial Bank CO Ltdtaipei 106 Taiwan Org:/560170037931 Rooftop Group International Pte Ltd Ogb: Taipei Fubon Commercial Bank CO., Ltd Ref:/Chgs/USD24,50/ Trn: 8024100060Hd | 215,601.82 |
| 03/01 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Asian Express Holdings Limited Ng Kong Ref: Nbnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774013311/Ac-000 000004709 Org=/808018766838 Ng Kong Ogb=Hsbc Hong Kong Hong Kong Hong Kong Bbi=/Chgs/USD25,00/Bnf/Jpmorga N Chase Bank NA 15760 W . Hardy Rd. , Suite Ssn: 0048297 Trn: 0903500060Fc | 76,368.00 |
| 03/01 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Asian Express Holdings Limited Ng Kong Ref: Nbnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774013311/Ac-000 000004709 Org=/808018766838 Ng Kong Ogb=Hsbc Hong Kong Hong Kong Hong Kong Bbi=/Chgs/USD25,00/Bnf/Jpmorga N Chase Bank NA 15760 W . Hardy Rd. , Suite Ssn: 0047986 Trn: 0895600060Fc | 54,475.00 |
| 03/01 | Fedwire Credit Via: Ctbc Bank Corp. (USA)/122210406 B/O: Rooftop Group International Raleigh NC 27615 Ref: Chase Nyc/Ctr/Bnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774 013311/Ac-000000004709 Rfb=O/B Ctbc USA LA Imad: 0301Gmqfmp01012181 Trn: 5892509060Ff | 10,500.00 |
| 03/01 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 750.64 |
| 03/02 | Deposit     946821449 | 1,923.75 |
| 03/02 | Deposit     946821450 | 39.52 |
| 03/02 | Dollar General    EDI/ACH         CCD ID: 1610852764 | 702.20 |
| 03/02 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 391.63 |
| 03/05 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 451.68 |
| 03/05 | Stripe      Transfer           CCD ID: 1800948598 | 146.40 |
| 03/06 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 2,038.74 |
| 03/07 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 876.49 |
| 03/08 | Shopify      Transfer  Shopify      CCD ID: 1800948598 | 2,441.90 |
| 03/08 | Stripe      Transfer           CCD ID: 1800948598 | 117.73 |



March 01, 2018 through March 30, 2018

Primary Account: ▮▮▮▮▮▮▮▮▮



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | Shopify Transfer Shopify CCD ID: 1800948598 | 14.30 |
| 03/09 | Shopify Transfer Shopify CCD ID: 1800948598 | 2,158.74 |
| 03/09 | Dollar General EDI/ACH CCD ID: 1610852764 | 1,627.60 |
| 03/09 | Stripe Transfer CCD ID: 1800948598 | 158.42 |
| 03/12 | Jcpenney CO.,Inc Payment 682547 ID: 3006988893 | 26,894.37 |
| 03/12 | Shopify Transfer Shopify CCD ID: 1800948598 | 244.95 |
| 03/12 | Stripe Transfer CCD ID: 1800948598 | 93.49 |
| 03/13 | Shopify Transfer Shopify CCD ID: 1800948598 | 2,499.01 |
| 03/13 | Stripe Transfer CCD ID: 1800948598 | 54.80 |
| 03/14 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Rooftop Group Services (US), Inc. Bellaire TX 77401-3311 Ref: Chase Nyc/Ctr/Bnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774 013311/Ac-000000004709 Rfb=12 Imad: 0314I1B7032R017191 Trn: 5872009073Ff | 20,000.00 |
| 03/14 | Shopify Transfer Shopify CCD ID: 1800948598 | 553.35 |
| 03/14 | Stripe Transfer CCD ID: 1800948598 | 147.26 |
| 03/15 | Shopify Transfer Shopify CCD ID: 1800948598 | 1,701.38 |
| 03/15 | Stripe Transfer CCD ID: 1800948598 | 20.42 |
| 03/16 | Card Purchase Return 03/15 Lyft *Cancel Fee 8552800278 CA Card 6048 | 5.00 |
| 03/16 | Dollar General EDI/ACH CCD ID: 1610852764 | 1,240.30 |
| 03/19 | Jcpenney CO.,Inc Payment 682607 ID: 3006988893 | 1,597.43 |
| 03/19 | Shopify Transfer Shopify CCD ID: 1800948598 | 297.62 |
| 03/19 | Stripe Transfer CCD ID: 1800948598 | 41.67 |
| 03/20 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Rooftop Group Services (US), Inc. Bellaire TX 77401-3311 Ref: Chase Nyc/Ctr/Bnf=Rooftop Group USA, Inc. Dba Rooftop Bellaire, TX 774 013311/Ac-000000004709 Rfb=23 Imad: 0320I1B7033R015612 Trn: 5535109079Ff | 8,000.00 |
| 03/20 | Shopify Transfer Shopify CCD ID: 1800948598 | 1,899.14 |
| 03/20 | Stripe Transfer CCD ID: 1800948598 | 39.02 |
| 03/21 | Card Purchase Return 03/20 Rosebrandwi 4029357733 NJ Card 3039 | 616.38 |
| 03/21 | Shopify Transfer Shopify CCD ID: 1800948598 | 1,734.25 |
| 03/21 | Stripe Transfer CCD ID: 1800948598 | 46.59 |
| 03/22 | Shopify Transfer Shopify CCD ID: 1800948598 | 286.67 |
| 03/23 | Card Purchase Return 03/23 Airbnb * Hmf5Zsq5E5 415-800-5959 CA Card 6048 | 393.35 |
| 03/23 | Deposit 661654055 | 243,738.80 |
| 03/23 | Dollar General EDI/ACH CCD ID: 1610852764 | 950.50 |
| 03/23 | Shopify Transfer Shopify CCD ID: 1800948598 | 400.89 |
| 03/23 | Stripe Transfer CCD ID: 1800948598 | 27.61 |
| 03/26 | Shopify Transfer Shopify CCD ID: 1800948598 | 7,301.87 |
| 03/26 | Jcpenney CO.,Inc Payment 682654 ID: 3006988893 | 2,733.11 |
| 03/26 | Stripe Transfer CCD ID: 1800948598 | 25.19 |
| 03/27 | Shopify Transfer Shopify CCD ID: 1800948598 | 16,331.55 |
| 03/28 | Shopify Transfer Shopify CCD ID: 1800948598 | 848.92 |
| 03/28 | Stripe Transfer CCD ID: 1800948598 | 20.78 |
| 03/29 | Shopify Transfer Shopify CCD ID: 1800948598 | 480.96 |
| 03/29 | Stripe Transfer CCD ID: 1800948598 | 40.76 |
| 03/30 | Dollar General EDI/ACH CCD ID: 1610852764 | 1,064.40 |
| 03/30 | Shopify Transfer Shopify CCD ID: 1800948598 | 656.49 |
| **Total Deposits and Additions** | | **$1,203,787.84** |



March 01, 2018 through March 30, 2018

Primary Account: ▉▉▉▉▉▉▉▉▉

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4281 ^ | | 03/02 | $3,320.40 |
| 4282 ^ | | 03/23 | 670.00 |
| 4283 ^ | | 03/20 | 1,771.41 |
| 4284 ^ | | 03/19 | 1,984.97 |
| 4286 * ^ | | 03/20 | 3,600.00 |
| 4287 * ^ | | 03/29 | 3,000.00 |
| 4289 * ^ | | 03/30 | 1,546.18 |
| 4292 * ^ | | 03/26 | 2,366.25 |
| 4297 * ^ | | 03/30 | 704.62 |
| **Total Checks Paid** | | | **$18,963.83** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/01 | Card Purchase | 02/26 46771148 Shopify.Com/C 08008085233 Card 8545 | $11.99 |
| 03/02 | Card Purchase | 03/01 Fedexoffice 00048934 Los Angeles CA Card 6048 | 16.60 |
| 03/02 | Card Purchase | 03/02 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/05 | Card Purchase | 03/03 Sofitel LA-F&B Los Angeles CA Card 6048 | 18.57 |
| 03/05 | Card Purchase | 03/04 Life Storage 0439 716-633-1850 NY Card 8545 | 152.00 |
| 03/05 | Card Purchase | 03/03 Staples 00114991 Los Angeles CA Card 6048 | 677.03 |
| 03/05 | Card Purchase | 03/05 Google *Svcsapps_Pro Cc@Google.Com CA Card 8545 | 53.30 |
| 03/06 | Card Purchase | 03/06 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/06 | Card Purchase | 03/06 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/06 | Recurring Card Purchase 03/05 47141622 Shopify.Com Httpsshopify. IL Card 8545 | | 108.70 |
| 03/09 | Card Purchase | 03/07 Sorrento Hotel Seattle WA Card 6048 | 208.92 |
| 03/09 | Card Purchase | 03/07 Sorrento Hotel Seattle WA Card 6048 | 8.81 |
| 03/09 | Card Purchase | 03/08 Lyft *Ride Wed 4Pm Lyft.Com CA Card 6048 | 52.05 |
| 03/09 | Card Purchase With Pin 03/09 Wholefds Dla #10 770 S Los Angeles CA Card 6048 | | 89.61 |
| 03/12 | Card Purchase | 03/07 47268880 Shopify.Com/C 08008085233 Card 8545 | 79.00 |
| 03/12 | Card Purchase | 03/09 Radisson Hotel Menom Menomonee Fal WI Card 6048 | 234.40 |
| 03/12 | Card Purchase | 03/10 Westin (Westin Hotels) Rosemont IL Card 6048 | 246.91 |
| 03/12 | Card Purchase | 03/09 Lyft *Ride Thu 3Pm Lyft.Com CA Card 6048 | 298.71 |
| 03/12 | Card Purchase | 03/09 Lyft *Ride Fri 9Am Lyft.Com CA Card 6048 | 32.95 |
| 03/12 | Card Purchase | 03/09 Uber *Trip S6Bzi 800-592-8996 CA Card 6048 | 54.22 |
| 03/12 | Card Purchase | 03/11 Los Angeles Athletic C Los Angeles CA Card 6048 | 448.48 |
| 03/12 | Card Purchase | 03/09 So Long, Hi! Los Angeles CA Card 6048 | 49.22 |
| 03/12 | Card Purchase | 03/09 Lyft *Ride Fri 11Am Lyft.Com CA Card 6048 | 30.35 |
| 03/12 | Card Purchase | 03/10 Advance Cleaners Los Angeles CA Card 6048 | 35.00 |
| 03/12 | Card Purchase | 03/10 Tnl The Nail Lounge Beverly Hills CA Card 6048 | 100.00 |
| 03/12 | Card Purchase | 03/10 Sq *Alfred Coffee {B Beverly Hills CA Card 6048 | 10.76 |
| 03/12 | Card Purchase | 03/10 Sq *Alfred Coffee {B Beverly Hills CA Card 6048 | 4.00 |
| 03/12 | Card Purchase | 03/10 Lyft *Ride Sat 9Am Lyft.Com CA Card 6048 | 73.86 |



March 01, 2018 through March 30, 2018

Primary Account: ▭

10050268082000000061

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/12 | Card Purchase | 03/10 Lyft   *Ride Sat 1Pm Lyft.Com CA Card 6048 | 25.21 |
| 03/12 | Card Purchase | 03/10 Lyft   *Ride Sat 2Pm Lyft.Com CA Card 6048 | 18.02 |
| 03/12 | Card Purchase | 03/10 Lyft   *Ride Sat 4Pm Lyft.Com CA Card 6048 | 22.71 |
| 03/12 | Card Purchase | 03/11 Lyft   *Ride Sat 7Pm Lyft.Com CA Card 6048 | 10.60 |
| 03/12 | Card Purchase | 03/11 Lyft   *Ride Sun 9Am Lyft.Com CA Card 6048 | 24.52 |
| 03/12 | Card Purchase With Pin  03/11 Apple Store  #R124 850 Los Angeles CA Card 6048 | | 31.76 |
| 03/12 | Card Purchase | 03/11 Lyft   *Ride Sun 12Pm Lyft.Com CA Card 6048 | 10.60 |
| 03/12 | Card Purchase | 03/11 Lyft   *Ride Sun 1Pm Lyft.Com CA Card 6048 | 71.30 |
| 03/12 | Card Purchase | 03/11 Lyft   *Cancel Fee Lyft.Com CA Card 6048 | 5.00 |
| 03/12 | Recurring Card Purchase 03/11 Moz 855-894-7355 WA Card 6048 | | 30.91 |
| 03/13 | Card Purchase | 03/11 Zendesk, Inc. 888-6704887 CA Card 8545 | 882.65 |
| 03/13 | Card Purchase | 03/11 Lyft   *Ride Sun 6Pm Lyft.Com CA Card 6048 | 12.02 |
| 03/13 | Card Purchase | 03/11 Lyft   *Ride Sun 7Pm Lyft.Com CA Card 6048 | 7.83 |
| 03/13 | Card Purchase | 03/11 Lyft   *Ride Sun 7Pm Lyft.Com CA Card 6048 | 10.00 |
| 03/13 | Card Purchase | 03/12 Lyft   *Ride Sun 3Pm Lyft.Com CA Card 6048 | 15.78 |
| 03/13 | Card Purchase | 03/13 Uber   *Trip 3Xb34 800-592-8996 CA Card 6048 | 30.98 |
| 03/13 | Recurring Card Purchase 03/13 Adobe Systems, Inc. 800-833-6687 CA Card 6048 | | 54.11 |
| 03/13 | Recurring Card Purchase 03/13 Timely Limited Wellington Card 8545 | | 20.00 |
| 03/14 | Card Purchase | 03/13 Westin So Coast Plaza Costa Mesa CA Card 6048 | 332.11 |
| 03/14 | Card Purchase | 03/13 Www. Multacom. Com 213-804-5402 CA Card 8545 | 88.00 |
| 03/14 | Card Purchase | 03/12 Lyft   *Ride Mon 7Am Lyft.Com CA Card 6048 | 150.78 |
| 03/14 | Card Purchase | 03/14 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/14 | Card Purchase | 03/14 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/14 | Card Purchase | 03/13 Lyft   *Ride Mon 8Pm Lyft.Com CA Card 6048 | 92.12 |
| 03/14 | Card Purchase | 03/13 Lyft   *Ride Tue 9Am Lyft.Com CA Card 6048 | 81.60 |
| 03/14 | Card Purchase | 03/13 Lyft   *Ride Tue 1Pm Lyft.Com CA Card 6048 | 19.01 |
| 03/14 | Card Purchase | 03/13 Momed Beverly Hills CA Card 6048 | 100.33 |
| 03/14 | Card Purchase | 03/14 Uber   *Trip Ixslb 800-592-8996 CA Card 6048 | 6.78 |
| 03/14 | Card Purchase | 03/13 Lyft   *Ride Tue 3Pm Lyft.Com CA Card 6048 | 128.71 |
| 03/14 | Recurring Card Purchase 03/12 Referralcandy Www.Referralc CA Card 6048 | | 68.00 |
| 03/14 | Recurring Card Purchase 03/14 Stamps.Com 855-608-2677 CA Card 8545 | | 34.99 |
| 03/15 | Card Purchase | 03/14 Westin So Coast Plaza Costa Mesa CA Card 6048 | 300.90 |
| 03/15 | Card Purchase | 03/14 Westin So Coast Plaza 714-5402500 CA Card 6048 | 331.29 |
| 03/15 | Card Purchase | 03/14 Nomad LA Hotel Los Angeles CA Card 6048 | 307.17 |
| 03/15 | Card Purchase | 03/14 Nomad LA Hotel Los Angeles CA Card 6048 | 355.17 |
| 03/15 | Card Purchase | 03/14 Lyft   *Ride Tue 11Pm Lyft.Com CA Card 6048 | 6.60 |
| 03/15 | Card Purchase | 03/14 Webware - Hosting Fe Downtown Toro On Card 8545 | 630.00 |
| 03/15 | Card Purchase | 03/14 Usps.Com Mover's Guid 800-238-3150 TN Card 8545 | 1.00 |
| 03/15 | Card Purchase | 03/14 Usps.Com Mover's Guid 800-238-3150 TN Card 8545 | 1.00 |
| 03/15 | Card Purchase | 03/14 Usps.Com Mover's Guid 800-238-3150 TN Card 8545 | 1.00 |
| 03/15 | Card Purchase | 03/14 Chaya - Downtown Los Angeles CA Card 6048 | 128.76 |
| 03/15 | Card Purchase | 03/14 Nomad LA Hotel Los Angeles CA Card 6048 | 42.71 |
| 03/15 | Card Purchase | 03/14 Nomad LA Hotel Los Angeles CA Card 6048 | 42.71 |
| 03/15 | Card Purchase | 03/15 Uber   *2Tjsa 800-592-8996 CA Card 6048 | 25.64 |
| 03/15 | Card Purchase With Pin  03/15 Belkin St 1414 Carson CA Card 6048 | | 16.42 |
| 03/16 | Card Purchase | 03/14 Courtyard Los Angeles Los Angeles CA Card 6048 | 8.50 |
| 03/16 | Card Purchase | 03/15 Los Angeles Athletic C Los Angeles CA Card 6048 | 242.31 |
| 03/16 | Card Purchase | 03/14 Starbucks Store 09234 Los Angeles CA Card 6048 | 6.35 |



March 01, 2018 through March 30, 2018
Primary Account: ▉▉▉▉▉▉▉▉▉▉

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/16 | Card Purchase | 03/14 Lyft   *Cancel Fee Lyft.Com CA Card 6048 | 5.00 |
| 03/16 | Card Purchase | 03/15 Sq *Airport Transport G Renton WA Card 6048 | 54.00 |
| 03/16 | Card Purchase | 03/15 800 Com 800-8004321 FL Card 8545 | 1,544.46 |
| 03/19 | Card Purchase | 03/15 Virgin Amer 98421531 San Francisco CA Card 6048 | 318.30 |
| 03/19 | Card Purchase | 03/16 Fairmont Olympic Hotel Seattle WA Card 6048 | 124.60 |
| 03/19 | Card Purchase | 03/16 Loulay Seattle WA Card 6048 | 522.97 |
| 03/19 | Card Purchase | 03/18 W Seattle Seattle WA Card 6048 | 717.38 |
| 03/19 | Card Purchase | 03/17 Fairmont Olympic Hotel Seattle WA Card 6048 | 23.21 |
| 03/19 | Card Purchase | 03/16 Sq *Grmai Fesehaye Seattle WA Card 6048 | 43.75 |
| 03/19 | Card Purchase | 03/17 Lyft   *Ride Fri 9Pm Lyft.Com CA Card 6048 | 25.45 |
| 03/19 | Card Purchase | 03/17 Lyft   *Ride Sat 12Pm Lyft.Com CA Card 6048 | 55.10 |
| 03/19 | Card Purchase | 03/18 Airbnb * Hm32Rtmp2T 415-800-5959 CA Card 6048 | 455.28 |
| 03/19 | Card Purchase | 03/17 Lyft   *Ride Sat 3Pm Lyft.Com CA Card 6048 | 53.38 |
| 03/19 | Card Purchase | 03/17 Lyft   *Cancel Fee Lyft.Com CA Card 6048 | 5.00 |
| 03/19 | Card Purchase | 03/17 Lyft   *Ride Sat 8Pm Lyft.Com CA Card 6048 | 10.74 |
| 03/19 | Card Purchase | 03/18 Sushi Kashiba Seattle WA Card 6048 | 302.56 |
| 03/19 | Card Purchase | 03/19 Endicia Fees 650-321-2640 CA Card 8545 | 15.95 |
| 03/19 | Card Purchase | 03/18 Lyft   *Ride Sun 12Am Lyft.Com CA Card 6048 | 38.79 |
| 03/19 | Card Purchase | 03/18 Lyft   *Ride Sun 6Am Lyft.Com CA Card 6048 | 40.12 |
| 03/19 | Card Purchase | 03/19 Purple Cafe & Wine Bar Seattle WA Card 6048 | 111.38 |
| 03/20 | Card Purchase | 03/18 Lyft   *Ride Sun 12Pm Lyft.Com CA Card 6048 | 34.85 |
| 03/20 | Card Purchase | 03/18 Lyft   *Ride Sun 9Pm Lyft.Com CA Card 6048 | 11.51 |
| 03/20 | Card Purchase | 03/19 Lyft   *Ride Sun 10Pm Lyft.Com CA Card 6048 | 18.36 |
| 03/20 | Card Purchase | 03/19 Lyft   *Ride Sun 11Pm Lyft.Com CA Card 6048 | 35.87 |
| 03/20 | Card Purchase | 03/19 Lyft   *Ride Mon 10Am Lyft.Com CA Card 6048 | 14.84 |
| 03/20 | Card Purchase | 03/19 Lyft   *Ride Mon 3Pm Lyft.Com CA Card 6048 | 87.73 |
| 03/21 | Card Purchase | 03/19 Lyft   *Ride Mon 5Pm Lyft.Com CA Card 6048 | 46.34 |
| 03/21 | Card Purchase | 03/19 Lyft   *Ride Mon 7Pm Lyft.Com CA Card 6048 | 26.71 |
| 03/21 | Card Purchase | 03/19 Lyft   *Ride Mon 9Pm Lyft.Com CA Card 6048 | 9.60 |
| 03/21 | Card Purchase | 03/21 Endicia Postage (Ems) 650-321-2640 CA Card 8545 | 200.00 |
| 03/21 | Card Purchase | 03/20 Lyft   *Ride Tue 5Pm Lyft.Com CA Card 6048 | 11.43 |
| 03/21 | Card Purchase | 03/21 Sushi Kashiba Seattle WA Card 6048 | 319.73 |
| 03/22 | Card Purchase | 03/19 Nordstrom#1 Seattle WA Card 6048 | 61.09 |
| 03/22 | Card Purchase | 03/20 Lyft   *Ride Tue 3Pm Lyft.Com CA Card 6048 | 8.15 |
| 03/22 | Card Purchase | 03/20 Lyft   *Ride Tue 6Pm Lyft.Com CA Card 6048 | 11.22 |
| 03/22 | Card Purchase | 03/20 Lyft   *Cancel Fee Lyft.Com CA Card 6048 | 5.00 |
| 03/22 | Card Purchase | 03/20 Lyft   *Ride Tue 7Pm Lyft.Com CA Card 6048 | 17.68 |
| 03/22 | Card Purchase | 03/21 Siteground Hosting 866-6052484 VA Card 6048 | 479.00 |
| 03/22 | Card Purchase | 03/21 Lyft   *Ride Tue 9Pm Lyft.Com CA Card 6048 | 11.94 |
| 03/22 | Card Purchase | 03/22 Airbnb * Hmf5Zsq5E5 415-800-5959 CA Card 6048 | 393.35 |
| 03/22 | Card Purchase | 03/21 Lyft   *Ride Wed 1Am Lyft.Com CA Card 6048 | 7.74 |
| 03/23 | Card Purchase | 03/22 Sheraton Seattle Hotel Seattle WA Card 6048 | 592.22 |
| 03/23 | Card Purchase | 03/20 47994658 Shopify.Com/C 08008085233 Card 8545 | 79.00 |
| 03/23 | Card Purchase | 03/21 Lyft   *Ride Wed 5Pm Lyft.Com CA Card 6048 | 16.09 |
| 03/23 | Card Purchase | 03/22 Lyft   *Ride Wed 8Pm Lyft.Com CA Card 6048 | 32.10 |
| 03/23 | Card Purchase | 03/22 Lyft   *Ride Thu 4Pm Lyft.Com CA Card 6048 | 14.68 |
| 03/23 | Card Purchase | 03/22 Lyft   *Ride Thu 4Pm Lyft.Com CA Card 6048 | 5.01 |
| 03/23 | Card Purchase | 03/22 Lyft   *Ride Thu 6Pm Lyft.Com CA Card 6048 | 12.90 |



March 01, 2018 through March 30, 2018

Primary Account: ▰▰▰▰▰▰▰▰▰▰▰▰

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/23 | Card Purchase With Pin  03/23 Apple Store  #R122 3 Manhattan Bch CA Card 6048 | 63.52 |
| 03/26 | Card Purchase        03/23 Courtyard By Marriott- Seattle WA Card 6048 | 438.23 |
| 03/26 | Card Purchase        03/22 Lyft   *Ride Thu 6Pm Lyft.Com CA Card 6048 | 10.24 |
| 03/26 | Card Purchase        03/22 Lyft   *Ride Thu 6Pm Lyft.Com CA Card 6048 | 5.74 |
| 03/26 | Card Purchase        03/22 Lyft   *Ride Thu 6Pm Lyft.Com CA Card 6048 | 12.38 |
| 03/26 | Card Purchase        03/23 Lyft   *Ride Wed 11Pm Lyft.Com CA Card 6048 | 5.74 |
| 03/26 | Card Purchase        03/23 Lyft   *Increase Tip Lyft.Com CA Card 6048 | 20.00 |
| 03/26 | Card Purchase        03/23 Delta Air   00623188156 Delta.Com CA Card 6048 | 387.30 |
| 03/26 | Card Purchase        03/23 48212754 Shopify.Com/C 08008085233 Card 8545 | 354.33 |
| 03/26 | Card Purchase        03/23 48212788 Shopify.Com/C 08008085233 Card 8545 | 496.97 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Fri 6Am Lyft.Com CA Card 6048 | 57.84 |
| 03/26 | Card Purchase        03/23 Lyft   *Ride Fri 11Am Lyft.Com CA Card 6048 | 56.98 |
| 03/26 | Card Purchase        03/23 Lyft   *Ride Fri 2Pm Lyft.Com CA Card 6048 | 25.60 |
| 03/26 | Non-Chase ATM Withdraw  03/23 Koreatown       Lvd. Los Angeles CA Card 6048 | 403.00 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Fri 8Pm Lyft.Com CA Card 6048 | 32.58 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Fri 6Am Lyft.Com CA Card 6048 | 19.16 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Fri 11Pm Lyft.Com CA Card 6048 | 9.00 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Sat 12Pm Lyft.Com CA Card 6048 | 17.24 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Sat 12Pm Lyft.Com CA Card 6048 | 33.74 |
| 03/26 | Card Purchase        03/24 Lyft   *Ride Sat 1Pm Lyft.Com CA Card 6048 | 16.52 |
| 03/26 | Non-Chase ATM Withdraw  03/24 Koreatown       Lvd. Los Angeles CA Card 6048 | 403.00 |
| 03/26 | Card Purchase        03/25 Katana - West Hollyw West Hollywoo CA Card 6048 | 261.88 |
| 03/26 | Card Purchase        03/25 Lyft   *Ride Sat 11Pm Lyft.Com CA Card 6048 | 15.00 |
| 03/26 | Card Purchase        03/25 Jetblue    27921973 Salt Lake Cty UT Card 6048 | 1,248.30 |
| 03/26 | Card Purchase        03/25 Lyft   *Ride Sat 11Pm Lyft.Com CA Card 6048 | 45.11 |
| 03/26 | Card Purchase        03/25 Lyft   *Ride Sat 7Pm Lyft.Com CA Card 6048 | 56.21 |
| 03/26 | Card Purchase        03/25 Lyft   *Ride Sun 9Am Lyft.Com CA Card 6048 | 90.53 |
| 03/26 | ATM Withdrawal        03/25 7263 Park Blvd N Pinellas Park FL Card 0309 | 300.00 |
| 03/26 | Card Purchase        03/25 Pimsleur Online 800-831-5497 NJ Card 6048 | 108.20 |
| 03/26 | Card Purchase        03/25 Lyft   *Ride Sun 12Pm Lyft.Com CA Card 6048 | 16.35 |
| 03/26 | Card Purchase        03/25 Sq *Cheapest Iphone Re Los Angeles CA Card 6048 | 142.35 |
| 03/26 | Card Purchase With Pin  03/25 Walgreens Store 617 W Los Angeles CA Card 6048 | 16.86 |
| 03/26 | Card Purchase        03/25 Delta Air   00623184419 Delta.Com CA Card 0309 | 500.60 |
| 03/27 | Card Purchase        03/25 Los Angeles Athletic C Los Angeles CA Card 6048 | 661.25 |
| 03/27 | Card Purchase        03/25 Bottega Louie Los Angeles CA Card 6048 | 107.44 |
| 03/27 | Card Purchase        03/26 Lyft   *Ride Sun 4Pm Lyft.Com CA Card 6048 | 224.56 |
| 03/27 | Card Purchase        03/26 Lyft   *Cancel Fee Lyft.Com CA Card 6048 | 5.00 |
| 03/27 | Card Purchase        03/26 Staples      00102293 Largo FL Card 0309 | 45.03 |
| 03/27 | Card Purchase        03/26 Vtiger.Com 8777849277 CA Card 0309 | 433.80 |
| 03/27 | Card Purchase        03/26 Whiskey Joes - Tampa Tampa FL Card 0309 | 106.49 |
| 03/27 | Card Purchase        03/26 Webware Digital Svcs Downtown Toro On Card 8545 | 299.00 |
| 03/27 | ATM Withdrawal        03/27 4315 Duhme Rd Madeira Beach FL Card 0309 | 500.00 |
| 03/28 | Card Purchase        03/26 Lyft   *Ride Mon 6Am Lyft.Com CA Card 6048 | 330.05 |
| 03/29 | Card Purchase        03/28 Courtyard By Marriot Madeira Beach FL Card 0309 | 307.50 |
| 03/29 | Card Purchase        03/28 Courtyard By Marriot Madeira Beach FL Card 0309 | 324.45 |
| 03/29 | Card Purchase        03/28 Courtyard By Marriot Madeira Beach FL Card 0309 | 3.21 |
| 03/29 | Card Purchase        03/28 Courtyard By Marriot Madeira Beach FL Card 0309 | 3.50 |
| 03/29 | Card Purchase        03/27 Delta Air   00671059216 Burnsville MN Card 6048 | 736.40 |



March 01, 2018 through March 30, 2018

Primary Account: ██████████████

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 03/29 | Card Purchase | 03/27 Agent Fee   89007438739 Burnsville MN Card 6048 | 112.00 |
| 03/29 | Card Purchase | 03/27 Delta Air   00670996719 Burnsville MN Card 6048 | 718.20 |
| 03/29 | Card Purchase | 03/27 Agent Fee   00670996719 Burnsville MN Card 6048 | 112.00 |
| 03/29 | Card Purchase | 03/27 Lyft   *Ride Tue 11Pm Lyft.Com CA Card 6048 | 29.45 |
| 03/29 | Card Purchase | 03/28 Denny's #6394 180073 St Petersburg FL Card 6048 | 14.84 |
| 03/29 | Card Purchase | 03/28 Lyft   *Ride Wed 1Am Lyft.Com CA Card 6048 | 30.35 |
| 03/29 | Card Purchase | 03/28 Advance Cleaners Los Angeles CA Card 6048 | 82.50 |
| 03/30 | Card Purchase | 03/29 Courtyard By Marriot Madeira Beach FL Card 6048 | 292.67 |
| 03/30 | Card Purchase | 03/28 Los Angeles Athletic C Los Angeles CA Card 6048 | 19.06 |
| 03/30 | Card Purchase | 03/28 Starbucks Store 14009 Irvine CA Card 6048 | 10.05 |
| 03/30 | Card Purchase | 03/28 Mcdonald's F25642 Los Angeles CA Card 6048 | 3.04 |
| 03/30 | Card Purchase | 03/29 Lyft   *Ride Wed 4Am Lyft.Com CA Card 6048 | 27.38 |
| 03/30 | Card Purchase | 03/30 Hotel Casa Del Mar Santa Monica CA Card 6048 | 9.90 |
| **Total ATM & Debit Card Withdrawals** | | | **$27,180.58** |

## ATM & DEBIT CARD SUMMARY

Anita York  Card 0309

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $800.00 |
| Total Card Purchases | $1,724.58 |
| Total Card Deposits & Credits | $0.00 |

Anita York  Card 3039

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $616.38 |

Darren S Matloff  Card 6048

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $806.00 |
| Total Card Purchases | $17,796.66 |
| Total Card Deposits & Credits | $398.35 |

Edward L Schafman  Card 8545

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,053.34 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $1,606.00 |
| Total Card Purchases | $25,574.58 |
| Total Card Deposits & Credits | $1,014.73 |



March 01, 2018 through March 30, 2018

Primary Account: ███████████████

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | 03/01 Online Domestic Wire Transfer Via: Sil Vly Bk Scla/121140399 A/C: Superconductor Technologies Inc. Austin TX 78754 US Ref: Balance of Feb Rent/Time/11:11 Imad: 0301B1Qgc08C006183 Trn: 4958500060Es | $7,500.00 |
| 03/01 | 03/01 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. Charlotte NC 22801-2280 Ben: Cory Rencken Conroe TX 77385 US Ref: Equipment Rental Ssn: 0353069 Trn: 4960500060Es | 459.00 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Lloyds Bank Plc Birmingham B1 2Ab United Kingdom Ben:/Gb57Loyd30908000267368 Lee Waite Ref: Staff Reimbursement Business Expenses Trn: 5751300060Es | 1,083.82 |
| 03/01 | 03/01 Online International Wire Transfer Via: Citibank N.A./0008 A/C: Commerzbank Ag Ravensburg Germany Ben: Gregor M. H. Steinborn Bellaire TX 77401 US Ref: Reimbursement Business Expenses Ssn: 0409379 Trn: 5755900060Es | 27,429.25 |
| 03/01 | 03/01 Online International Wire Transfer A/C: The Royal Bank of Scotland Plc London United Kingdom Ec2M -4Aa Ref: Staff Reimbursement Business Expenses Trn: 5957400060Es | 3,469.07 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 Ben:/Gb16Naia07024618603716 Jack Bishop Ref:/Lmpd/Staff Reimbursement Business Expenses Trn: 5995100060Es | 4,516.43 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Bank of East Asia Limited Hong Kong Hong Kong Ref: China Payment Business Expenses Trn: 6020000060Es | 30,000.00 |
| 03/01 | 03/01 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Zhen Bond Kwaichung Hk Ref: China Payment Business Expenses Ssn: 0419157 Trn: 6043100060Es | 30,000.00 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Lloyds Bank Plc London United Kingdom Ec2V -7Hn Ben:/Gb2Labby09012895746677 Rapscallions Uk Ltd Ref: Partial On Inv 1124 Business Expenses Trn: 5901000060Es | 13,115.22 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Abn Amro Bank N V Head Office Amsterdam Netherlands 1000 -Ea Ref: Inv 1186 1782 1187 1871 1174 Business Expenses Trn: 6061400060Es | 46,564.84 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Unicredit Bank Ag Muenchen Germany D-805-38 Ben:/De54300400000486507700 Zangen Bansmann PR Gmbh & CO.Kg Ref: Partial On Inv 101 102 120 Businessexpenses/Euro/ Trn: 5915800060Es | 16,296.85 |
| 03/01 | 03/01 Online International Wire Transfer A/C: Abn Amro Bank N V Head Office Amsterdam Netherlands 1000 -Ea Ref: Inv Ams012929 Business Expenses Trn: 5798100060Es | 2,651.96 |
| 03/01 | ADP Wage Pay     Wage Pay   420044506524Ofu CCD ID: 9333006057 | 3,696.87 |
| 03/01 | ADP Tax         ADP Tax    Rnofu 030205A01 CCD ID: 1223006057 | 2,086.81 |
| 03/02 | 03/02 Online International Wire Transfer A/C: National Westminster Bank Plc London United Kingdom Ec2M -4Aa Ref: Invoice 91 Business Expenses Trn: 4273100061Es | 21,243.45 |
| 03/02 | 03/02 Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Raiffeisen Bank Rt H-1052 Budapest, Hungary Ben: Raaberlog Budapest 1037 Hu Ref: Invoice 17 Business Expenses Ssn: 0423533 Trn: 5975600061Es | 8,366.67 |
| 03/02 | 03/02 Payment To Chase Card Ending IN 8311 | 8,000.00 |
| 03/05 | 03/05 Online Domestic Wire Transfer Via: Ew Bk Smrino/322070381 A/C: Brian D. Dlugash Seattle WA 98115 US Ref: China Payment Imad: 0305B1Qgc08C003321 Trn: 3407900064Es | 200,000.00 |
| 03/05 | 03/05 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Institutional Banking Services, N.Afort Lauderdale FL 33301 US Ref: Deposit For Sblc Imad: 0305B1Qgc01C009672 Trn: 3513300064Es | 100,000.00 |
| 03/05 | 03/05 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Knobbe, Martens, Olson & Bear, Llp Irvine CA 92614 US Ref:/Time/17:08 Imad: 0305B1Qgc06C007217 Trn: 6531500064Es | 5,000.00 |
| 03/05 | Facebook        Bdwkac5Vu8 Bdlvnfx47C        ID: F201665019 | 18.84 |
| 03/05 | Facebook        Bdrwkr2CR4 Bdm5J3S6Mr        ID: F201665019 | 2.18 |
| 03/06 | 03/06 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Maxwell Electronics Limited Hong Kong Hong Kong Hk Ref: Rent Business Expenses Ssn: 0173892 Trn: 3233300065Es | 13,935.84 |



March 01, 2018 through March 30, 2018

Primary Account: ███████████████

# ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | 03/06 Online International Wire Transfer A/C: Lloyds Bank Plc London United Kingdom Ec2V -7Hn Ben:/Gb65Bukb20025323496805 Linkedengland Ltd Ref: Business Expenses Trn: 3256500065Es | 9,958.74 |
| 03/06 | 03/06 Online International Wire Transfer A/C: Hang Seng Bank Ltd Hong Kong Hong Kong Ref: Business Expenses Trn: 3248700065Es | 30,000.00 |
| 03/06 | 03/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. Charlotte NC 22801-2280 Ben: Cory Rencken Conroe TX 77385 US Ref: Reimbursement Ssn: 0360618 Trn: 4577300065Es | 1,385.00 |
| 03/06 | 03/06 Online Domestic Wire Transfer Via: Santander Bk/231372691 A/C: Spp Capital Partners New York NY 10173 US Ref: Installment Fee Imad: 0306B1Qgc08C004730 Trn: 4581100065Es | 35,000.00 |
| 03/06 | 03/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. Charlotte NC 22801-2280 Ben: Cory Rencken Conroe TX 77385 US Ref: Petty Cash Ssn: 0362173 Trn: 4598500065Es | 300.00 |
| 03/06 | 03/06 Online International Wire Transfer A/C: Metropolitan Bank & Trust Company Makati, Metro-Manila Philippines 12 Ref: Business Expenses Trn: 4717300065Es | 1,450.78 |
| 03/06 | 03/06 Online International Wire Transfer A/C: Banco Bilbao Vizcaya Argentaria Sa Bilbao 48005 Spain Ref: Business Expenses Trn: 4745500065Es | 2,935.49 |
| 03/06 | 03/06 Online International Wire Transfer A/C: Dbs Bank Hong Kong Ltd Hong Kong Hong Kong Ref: Rent Business Expenses Trn: 4671500065Es | 52,709.77 |
| 03/06 | 03/06 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Susan Sheffiled-Ocampo Cozumel Centro Mx Ref: Consulting Fees Imad: 0306B1Qgc03C010215 Trn: 5308400065Es | 2,000.00 |
| 03/06 | 03/06 Online International Wire Transfer A/C: Lloyds Bank Plc London United Kingdom Ec2V -7Hn Ben:/Gb06Barc20377583467368 Rooks Rider Solicitors Llp Ref: Legal Business Expenses Trn: 5265200065Es | 356.14 |
| 03/06 | Facebook       B94Umjicru Bdlvnfxemg       ID: F201665019 | 160.59 |
| 03/06 | Facebook       B94Umjicru Bdlvnfxemh       ID: F201665019 | 103.35 |
| 03/07 | 03/07 Online International Wire Transfer A/C: Bank of China Hong Kong Ltd West Kowloon Hong Kong Ref: Business Expenses Trn: 4173400066Es | 80,000.00 |
| 03/07 | 03/07 Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Hong Kong Ben: Sun Changwu Central Hong Kong Hk Ref: Business Expenses Ssn: 0361868 Trn: 4356300066Es | 8,000.00 |
| 03/07 | 03/07 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On Canada M5E 1-G4 Ref: Business Expenses Trn: 4414200066Es | 5,000.00 |
| 03/07 | 03/07 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Qixun Technology Limited Kowloon Hong Kong Hk Ref: Business Expenses Ssn: 0365878 Trn: 4371600066Es | 50,000.00 |
| 03/07 | 03/07 Online International Wire Transfer A/C: Erste Group Bank Ag Wien Austria 1100 - Ben:/Hu571003200001820203000000 Nemzeti Ado-Es Vamhivatal Ref:/Lmpd/101224Ea048655 Rooftop Group Hungary Kft 25992838-2-07 Business Expenses Trn: 4431800066Es | 655.65 |
| 03/07 | 03/07 Online International Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Nt And Sa Hong Kong Ben: Premiere Conferencing (Hk) Limited Kwai Chung Hong Kong Hk Ref: Business Expenses Ssn: 0370923 Trn: 4397300066Es | 370.69 |
| 03/07 | 03/07 Online International Wire Transfer Via: Wells Fargo Bank, N.A./0509 A/C: Indian Overseas Bank Hong Kong Ben: Geekay Enterprises (Hk) Ltd Hong Kong Hong Kong Hk Ref: Towards 2016 Commissions Business Expenses Ssn: 0374654 Trn: 4542700066Es | 35,000.00 |
| 03/07 | 03/07 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Hornson Enterprises Limited Kowloon Hong Kong Hk Ref: Business Expenses Ssn: 0387486 Trn: 4151300066Es | 30,000.00 |
| 03/07 | 03/07 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Hongli Color Printing Packing Ltd Hong Kong Hong Kong Hk Ref: Business Expenses Ssn: 0392353 Trn: 4381000066Es | 20,000.00 |
| 03/07 | Stripe       Transfer       CCD ID: 1800948598 | 2.28 |



March 01, 2018 through March 30, 2018

Primary Account:

# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | 03/08 Online International Wire Transfer A/C: China Merchants Bank CO.,Ltd Shenzhen China 51804-0 Ref: Business Expenses/Bnf/Gds Trn: 4280800067Es | 20,000.00 |
| 03/08 | 03/08 Online Payment 6965653646 To AT&T Mobility | 1,942.87 |
| 03/09 | 03/09 Online International Wire Transfer A/C: Erste Group Bank Ag Wien Austria 1100 - Ben:/Hu32100320000103720300000000 Nemzeti Ado-Es Vamhivatal Ref:/Lmpd/Vat Business Expenses Trn: 5314300068Es | 4,650.97 |
| 03/09 | ADP Payroll Fees ADP - Fees 2Rofu    7734925 CCD ID: 9659605001 | 93.81 |
| 03/12 | 03/12 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Institutional Banking Services, N.Afort Lauderdale FL 33301 US Ref: Rooftop Group International Imad: 0312B1Qgc01C008026 Trn: 5426500071Es | 10,000.00 |
| 03/12 | United Healthcar EDI Paymts 386360060031        ID: 1411289245 | 554.73 |
| 03/12 | Facebook        B8K2Tsxcrf Bdm3Jkeade        ID: F201665019 | 439.85 |
| 03/12 | Facebook        Bbnc6Maw6K Bdlxmmzakp        ID: F201665019 | 434.80 |
| 03/12 | Facebook        Bbnc6Maw6K Bdlxmmzako        ID: F201665019 | 186.02 |
| 03/12 | Facebook        B8K2Tsxcrf Bdm3Jkeadc        ID: F201665019 | 160.58 |
| 03/13 | 03/13 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Asian Express Holdings Ltd. Nathan Road Hong Kong Hk Ref: Invoice Payment Ssn: 0379132 Trn: 4937900072Es | 60,000.00 |
| 03/13 | Facebook        B45Er37Kw9 Bdm3Jkgqr5        ID: F201665019 | 1,277.33 |
| 03/13 | Facebook        B45Er37Kw9 Bdm3Jkgqr4        ID: F201665019 | 1,067.90 |
| 03/14 | 03/14 Online Domestic Wire Transfer Via: US Bk CA Aub/121122676 A/C: Social Media Trackers-Mark Schwartzsann Rafael CA 94903 US Imad: 0314B1Qgc03C008389 Trn: 5116100073Es | 500.00 |
| 03/14 | 03/14 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 Ben:/Gb16Naia07024618603716 Jack Bishop Ref:/Lmpd/Invoice Payment/Bnf/Reimbursement Austin Trip Trn: 5127700073Es | 630.00 |
| 03/15 | 03/15 Payment To Chase Card Ending IN 3493 | 1,618.00 |
| 03/15 | 03/15 Payment To Chase Card Ending IN 8311 | 1,013.00 |
| 03/16 | 03/16 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/0688584 Kshitija Chitnis Ref: Inv Roof201805Invoice Payment/Ocmt/Cad2771,33/Exch/1.2820/Cntr/8924769 0/ Trn: 4348600075Re | 2,161.72 |
| 03/19 | Comcast        Cable        PPD ID: 0000213249 | 117.47 |
| 03/20 | 03/20 Online Domestic Wire Transfer Via: Cibc Bank USA/071006486 A/C: SD Card Association San Ramon CA 94583 US Ref: Invoice 21-230077 Imad: 0320B1Qgc07C012163 Trn: 4863400079Es | 2,000.00 |
| 03/21 | 03/21 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Gb77Chas60924241389246 City Numbers Ref: Propel Inv 15 And 16Business Expenses/Ocmt/Gbp1501,38/Exch/0.6901/Cntr/17638033/ Trn: 5781000080Re | 2,175.60 |
| 03/21 | 03/21 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Arowhon, LLC St. Petersburg FL 33716 US Ref: Consulting 3/21 To 4/30 Imad: 0321B1Qgc06C005763 Trn: 4582800080Es | 5,000.00 |
| 03/22 | Stripe        Transfer        CCD ID: 1800948598 | 159.58 |
| 03/23 | 925 4th Avenue    Epay        PPD ID: 9822473001 | 3,750.00 |
| 03/23 | ADP Payroll Fees ADP - Fees 2Rofu    9927305 CCD ID: 9659605001 | 22.39 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Gb19Hbuk40462291371924 A L Aitken Ref: Business Expenses/Ocmt/Gbp1955,55/Exch/0.6867/Cntr/15283204/ Trn: 7038400085Re | 2,847.75 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Gb57Loyd30908000267368 Lee Waite Ref: Business Expenses/Ocmt/Gbp7876,91/Exch/0.6883/Cntr/14483196/ Trn: 7038500085Re | 11,444.01 |



March 01, 2018 through March 30, 2018

Primary Account: ▮▮▮▮▮▮▮▮▮▮

# ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Es8901825753340201520772 Roberto Bello Hernandez Ref: Business Expenses/Ocmt/Eur8450,80/Exch/0.7871/Cntr/18410918/ Trn: 7134900085Re | 10,736.63 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Gb16Naia07024618603716 Jack Bishop Ref: Business Expenses/Ocmt/Gbp5165,00/Exch/0.6883/Cntr/14468932/ Trn: 7134800085Re | 7,504.00 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/De77650400730197132400 Gregor M. H. Steinborn Ref: Business Expenses/Ocmt/Eur16337,67/Exch/0.7871/Cntr/21046012/ Trn: 7038600085Re | 20,756.79 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/Gb48Rbos16605110359720 J. M. Truter Ref: Business Expenses/Ocmt/Gbp7988,62/Exch/0.6883/Cntr/82688032/ Trn: 7039000085Re | 11,606.31 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/456171198833 Lee Chung Tat Ref: Business Expenses/Lmpd/ Trn: 3679000085Es | 2,601.59 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/0812009173 Kwan Yee Wan Ref: Business Expenses/Lmpd/ Trn: 3675800085Es | 1,702.89 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/611297219888 Chew Chiat Thian Ref: Business Expenses/Lmpd/ Trn: 3680900085Es | 1,072.78 |
| 03/26 | 03/26 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Sanjeev A. Tuli Secaucus NJ 07094 US Ref: Business Expenses Imad: 0326B1Qgc05C002245 Trn: 3671500085Es | 16,500.00 |
| 03/26 | 03/26 Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Hong Kong Ben: Lam Hoi Yan Hong Kong Hk Hk Ref: Business Expenses Ssn: 0208044 Trn: 3674800085Es | 5,640.80 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Taipei Fubon Commercial Bank CO Ltdtaipei 106 Taiwan Ref: Business Expenses Trn: 3682000085Es | 6,000.00 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Hang Seng Bank Ltd Hong Kong Hong Kong Ref: Business Expenses Trn: 3676600085Es | 4,647.39 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/0949087597 Lau Siu Yin Ref: Business Expenses/Lmpd/ Trn: 3678400085Es | 1,943.24 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Taipei Fubon Commercial Bank CO Ltdtaipei 106 Taiwan Ref: Business Expenses Trn: 3683300085Es | 3,000.00 |
| 03/26 | 03/26 Online Payment 7010500191 To AT&T Mobility | 2,435.36 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Royal Bank of Canada Payment Centertoronto On Canada M5V2Y-1 Ref: 4 MO. Consultancy Expenses/Bnf/For Deposit To Anicole, Inc. Trn: 4327300085Es | 3,846.15 |
| 03/26 | 03/26 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Knobbe, Martens, Olson & Bear, Llp Irvine CA 92614 US Ref: /Time/10:28 Imad: 0326B1Qgc08C004069 Trn: 4325200085Es | 6,000.00 |
| 03/26 | 03/26 Online Domestic Wire Transfer Via: Mtn Am CU Slc/324079555 A/C: Kyle Dahl St. George UT 84790 US Imad: 0326B1Qgc01C008688 Trn: 4357100085Es | 3,496.24 |
| 03/26 | 03/26 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Institutional Banking Services, N.Afort Lauderdale FL 33301 US Imad: 0326B1Qgc01C008711 Trn: 4362700085Es | 10,000.00 |
| 03/26 | 03/26 Online Domestic Wire Transfer A/C: Q4 Brands LLC Austin, TX 787358085 Trn: 4371300085Es | 5,307.07 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000470952495 Rooftop Group USA, Inc. Dba Rooftop Ben:/5297944 Link Search Group Inc. Ref: Inv 1193 & 1191Business Expenses/Ocmt/Cad3972,94/Exch/1.2633/Cntr/1762 3754/ Trn: 7258700085Re | 3,144.89 |
| 03/26 | 03/26 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Susan Sheffiled-Ocampo Cozumel Centro Mx Ref: Consultancy Fees Imad: 0326B1Qgc06C004226 Trn: 4377100085Es | 4,000.00 |



March 01, 2018 through March 30, 2018
Primary Account: ████████████



## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | 03/26 Online International Wire Transfer A/C: Bdo Unibank Inc. Metro Manila Philippines Ref: Business Expenses Trn: 3671200085Es | 12,000.00 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/5957007262 Yiu Man Chi Ref: Business Expenses/Lmpd/ Trn: 3675600085Es | 10,675.80 |
| 03/26 | 03/26 Online International Wire Transfer A/C: Scb NY Lmpd Acct New York NY 10036-Ben:/1134013372 Tse Wai Man Philip Ref: Business Expenses/Lmpd/ Trn: 3677600085Es | 10,419.33 |
| 03/26 | Cna        ACH Prem-Pymt  3012185730        CCD ID: 9896553001 | 3,671.51 |
| 03/26 | Facebook        Bclz6555Cn Bdm7Hnynrh        ID: F201665019 | 2,886.06 |
| 03/26 | Facebook        Betc6S0Xcw Bdlzlit4Vh        ID: F201665019 | 974.41 |
| 03/26 | Stripe        Transfer        CCD ID: 1800948598 | 126.39 |
| 03/26 | Facebook        Bclz6555Cn Bdm7Hnynri        ID: F201665019 | 31.37 |
| 03/26 | Facebook        Betc6S0Xcw Bdlzlit4Vl        ID: F201665019 | 11.74 |
| 03/27 | 03/27 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Eton House Tai PO Hk Hk Ref: Business Expenses Ssn: 0356014 Trn: 4112900086Es | 3,195.54 |
| 03/27 | 03/27 Online International Wire Transfer A/C: Agricultural Bank of China Limited Beijing China 10003-7 Ben:/41000400040011662 Beijing Kangliekong International Ref: Business Expenses/Bnf/Srv Trn: 4138300086Es | 617.71 |
| 03/28 | 03/28 Online International Wire Transfer A/C: Chiyu Banking Corp Ltd Central Hong Kong 00000-0 Ref: Business Expenses Trn: 3301900087Es | 20,000.00 |
| 03/28 | 03/28 Online Domestic Wire Transfer Via: US Bk CA Aub/121122676 A/C: Social Media Trackers-Mark Schwartzsann Rafael CA 94903 US Ref: Balance of Invoice Imad: 0328B1Qgc01C001923 Trn: 3305800087Es | 500.00 |
| 03/29 | 03/29 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/111900659 Fort Worth TX 76101 Ben: Rooftop Group Services US, Inc. Bellaire TX 77401 US Ref: Payroll/Time/10:37 Imad: 0329B1Qgc08C008007 Trn: 4068200088Es | 15,000.00 |
| 03/29 | 03/29 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. Charlotte NC 22801-2280 Ben: Cory Rencken Conroe TX 77385 US Ref: 033018 Payroll Plus 30 Dollars Wirefees Ssn: 0453691 Trn: 4241400088Es | 2,821.56 |
| 03/29 | 03/29 Online International Wire Transfer A/C: Fubon Bank (Hong Kong) Limited Central Hong Kong Hong Kong Ref: 033018 Payroll Business Expenses Trn: 4243100088Es | 2,016.46 |
| 03/29 | 03/29 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Yangjiang Yongjiu Hardware Limited Hong Kong Hk Hk Ref: Cassie Knife Business Expenses Ssn: 0462473 Trn: 4309200088Es | 5,683.13 |
| 03/29 | 03/29 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Power Point Secretary Limited Hong Kong Hk Hk Ref: Business Expenses Ssn: 0463995 Trn: 4323500088Es | 800.00 |
| 03/29 | 03/29 Online International Wire Transfer A/C: Unicredit Bank Hungary Zrt. Budapest Hungary 1054 - Ref: Salary Business Expenses Trn: 4472600088Es | 998.93 |
| 03/30 | 03/30 Online International Wire Transfer A/C: Metropolitan Bank & Trust Company Makati, Metro-Manila Philippines 12 Ref: Payroll And Expenses Business Expenses Trn: 5137600089Es | 4,884.15 |
| 03/30 | 03/30 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Gwendolyn Lew Winston Salem NC 27101 US Ref: Philip Anthony Lew/Time/12:19 Imad: 0330B1Qgc07C005165 Trn: 5160200089Es | 6,666.66 |
| **Total Electronic Withdrawals** | | **$1,280,996.84** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/05 | 03/03 Withdrawal | $2,649.00 |
| **Total Other Withdrawals** | | **$2,649.00** |


**CHASE ◻**

March 01, 2018 through March 30, 2018
Primary Account: ▉▉▉▉▉▉▉▉

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/05 | Service Charges For The Month of February | $920.00 |
| **Total Fees** | | **$920.00** |

The monthly service fee of $20.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/01 | $810,174.73 | 03/13 | 18,429.28 | 03/22 | 23,694.49 |
| 03/02 | 772,084.71 | 03/14 | 36,497.46 | 03/23 | 263,947.73 |
| 03/05 | 463,191.87 | 03/15 | 33,397.89 | 03/26 | 79,004.17 |
| 03/06 | 314,426.21 | 03/16 | 30,620.85 | 03/27 | 89,139.90 |
| 03/07 | 86,274.08 | 03/19 | 27,591.17 | 03/28 | 69,179.55 |
| 03/08 | 66,905.14 | 03/20 | 29,954.76 | 03/29 | 36,906.79 |
| 03/09 | 65,745.73 | 03/21 | 24,562.57 | 03/30 | 24,463.97 |
| 03/12 | 79,254.07 | | | | |

## SERVICE CHARGE SUMMARY

Chase Performance Business Checking Accounts Included: ▉▉▉▉▉▉▉▉

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $2,842.20 | |
| **Total Service Charges** | **$2,842.20** | Will be assessed on 4/4/18 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 304 |
| Deposits / Credits | 54 |
| Deposited Items | 11 |
| **Total Transactions** | **369** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| Your Product Includes: | | | | | |
| **ACCOUNT** ▉▉▉▉▉▉ | | | | | |
| Waived Monthly Service Fee | 0 | | | $20.00 | $0.00 |
| Transactions | 369 | 0 | 369 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$0.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 51 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 318 | 250 | 68 | $0.40 | $27.20 |
| Online Domestic Wire Fee | 23 | 2 | 21 | $25.00 | $525.00 |
| Stop Payment - Online | 1 | 0 | 1 | $25.00 | $25.00 |



March 01, 2018 through March 30, 2018
Primary Account:

## SERVICE CHARGE DETAIL (continued)



| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Domestic Incoming Wire Fee | 6 | 0 | 6 | $0.00 | $0.00 |
| International Incoming Wire Fee | 1 | 0 | 1 | $0.00 | $0.00 |
| Online US Dollar Intl Wire Fee | 52 | 0 | 52 | $40.00 | $2,080.00 |
| Online Fx Intl Wire Fee | 4 | 0 | 4 | $40.00 | $160.00 |
| Online Fx Intl Wire Fee - High | 5 | 0 | 5 | $0.00 | $0.00 |
| Online ACH Payments Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| ATM - Non Chase Withdrawal | 2 | 0 | 2 | $2.50 | $0.00 |
| ATM - Non Chase Inquiry | 1 | 0 | 1 | $2.50 | $0.00 |
| **Total Service Charge (Will be assessed on 4/4/18)** | | | | | **$2,842.20** |

**ACCOUNT**

| | |
|---|---|
| Electronic Credits | 51 |
| Non-Electronic Transactions | 318 |
| Online Domestic Wire Fee | 23 |
| Stop Payment - Online | 1 |
| Domestic Incoming Wire Fee | 6 |
| International Incoming Wire Fee | 1 |
| Online US Dollar Intl Wire Fee | 52 |
| Online Fx Intl Wire Fee | 4 |
| Online Fx Intl Wire Fee - High | 5 |
| Online ACH Payments Maint | 1 |
| ATM - Non Chase Withdrawal | 2 |
| ATM - Non Chase Inquiry | 1 |

## CHASE PERFORMANCE BUSINESS CHECKING

ROOFTOP GROUP USA, INC. DBA

ROOFTOP BRANDS

Account Number:

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.06** |
| **Ending Balance** | **0** | **$73.06** |

The fees for this account are included in the fee information for account --------------



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**