

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 19, 2019

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Rooftop Group International Pte. Ltd. | § | Case No. 19-31443-hdh11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING APPLICATION FOR AUTHORIZATION TO EMPLOY AND COMPENSATE REED SMITH LLP AS BANKRUPTCY COUNSEL FOR THE DEBTOR

Came on for consideration the *Application for Authorization to Employ and Compensate Reed Smith LLP as Bankruptcy Counsel for the Debtor* [Docket No. 20] (the "***Application***")[1] filed by Rooftop Group International Pte. Ltd., as debtor and debtor in possession (the "***Debtor***"), and supported by the *Declaration of Michael P. Cooley* filed contemporaneously therewith. The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estates, and creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; (v) Reed Smith LLP

___

[1] Capitalized terms used but not defined herein have the meanings assigned to them in the Application.

("**Reed Smtih**") and the Debtor have represented to the Court that Reed Smith is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and does not hold or represent any interest adverse to the Debtor or its estate; and (vi) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Debtor is authorized pursuant to 11 U.S.C. § 327(a) to employ and retain Reed Smith as their bankruptcy counsel effective as of the Petition Date to provide professional services to the Debtor consistent with the scope of services described in the Application.

3. Reed Smith shall be compensated in accordance with the terms and conditions of Reed Smith's engagement with the Debtor as set forth in the Application, subject to the procedures and requirements of 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016(a), Local Bankr. R. 2016-1, and any other applicable federal and local bankruptcy rules, procedures, and guidelines.

4. The Retainer paid to Bryan Cave Leighton Paisner LLP ("**Bryan Cave**") in the amount of $50,000.00 shall be deemed to have been received by Bryan Cave prior to the commencement of this chapter 11 case. Accordingly, Bryan Cave is authorized to retain the Prepetition Payment in the amount of $21,354.60 as payment for services rendered prior to the commencement of this case, and Reed Smith may retain the remaining balance of the Retainer in the amount of $33,645.40 as a retainer to be applied to the payment of allowed fees and expenses upon further order of the Court.

# # # END OF ORDER # # #

Prepared and submitted by:

Michael P. Cooley (TX Bar No. 24034388)
Keith M. Aurzada (TX Bar No. 24009880)
Lindsey L. Robin (TX Bar No. 24091422)
REED SMITH LLP
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
(469) 680-4200 (Telephone)
(469) 680-4299 (Facsimile))

*Proposed* Attorneys for the Debtor