Katharine Battaia Clark
Britton D. McClung
Laura M. Fontaine
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Tel Phone: (214) 880-9600
Fax: (214) 481-1844
KClark@HedrickKring.com
Britt@HedrickKring.com
Laura@HedrickKring.com
**Attorneys for Triumphant Gold Limited**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ROOFTOP GROUP INTERNATIONAL PTE. LTD, | § | CASE NO. 19-31443-HDH11 |
| | § | |
| **Debtor.** | § | |

## NOTICE OF HEARING
[Relates to Dkt. Nos. 47 and 51]

PLEASE TAKE NOTICE that a hearing on the *Motion for Order Declaring Automatic Stay Applies to Debtor Property Under Affiliate Control* [Dkt. No. 47] (the "Motion") filed by Triumphant Gold Limited ("Movant") in the above-referenced case will be heard at the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242 before the Honorable Harlin D. Hale on **August 16, 2019 at 1:30 p.m**. Pursuant to the notice given in the Motion, any response to the Motion is due no later than close of business on August 3, 2019.

Dated: July 25, 2019	Respectfully submitted,

/s/ *Katharine Battaia Clark*

**Katharine Battaia Clark**
Texas State Bar No. 24046712
**Britton D. McClung**
Texas State Bar No. 24060248
**Laura M. Fontaine**
Texas State Bar No. 24065239

**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Tel Phone: (214) 880-9600
Fax: (214) 481-1844
KClark@HedrickKring.com
Britt@HedrickKring.com
Laura@HedrickKring.com

**ATTORNEYS FOR MOVANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 25th day of July, 2019 and on the following parties pursuant to Local Rule 4001-1(a) by regular United States mail to addresses within the United States and by Federal Express to addresses outside the Unites States, *with courtesy copy by email:

| | |
|---|---|
| **The Debtor**<br>Rooftop Group International Pte. Ltd.<br>5218 Spruce Street<br>Bellaire, TX 77401 | **Counsel to the Debtor**:<br>Michael P. Cooley<br>Lindsey L. Robin<br>REED SMITH LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, Texas 75201 |
| **Committee Members:**<br>* Brian Dlugash<br>4A, 12 Shipyard Lane<br>Quarry Lane, Hong Kong<br>Hong Kong<br>bdd@wpl.com.hk | **Counsel to Disney Consumer Products**<br>Thomas A. Connop<br>Matthew H. Davis<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| *PICA Australia Pty., Ltd.<br>c/o Sian Mimmo, Managing Director<br>11/37 Keilor Park Drive<br>Keilor Park 3042<br>Australia<br>sian@pica.com.au | **Darren Scott Matloff, individually**<br>Mr. Darren Matloff<br>c/o Law Office of Sarah M. Cox<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251 |
| *Begaline Limited<br>c/o Tan Aik Keong, Director<br>Mailing Address:<br>57B Devonshire Road #15-06<br>Singapore 239899<br>aikkeong@gmail.com | **US Trustee**<br>Office of the United States Trustee<br>c/o Nancy Resnick, trial attorney<br>Earle Cabell Federal Building<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242 |

                                                                               */s/ Katharine Battaia Clark*
                                                                               Katharine Battaia Clark