

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 19, 2019

**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| Rooftop Group International Pte. Ltd., | §   Case No. 19-31443-hdh11 |
| | § |
| Debtor. | § |

### SUA SPONTE ORDER TRANSFERRING AND REASSIGNING CASE

The above-captioned case is currently pending before the Honorable Harlin D. Hale in the Dallas Division of the Northern District of Texas, but the Honorable Mark X. Mullin has now presided over several hearings in this case. The Court finds it in the best interests of all concerned that Judge Mullin continue to preside over this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court for the Northern District of Texas is instructed to transfer and reassign, for all purposes, the above-captioned case to the Honorable Mark X. Mullin in the Fort Worth Division of the Northern District of Texas.

###END OF ORDER###