



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2019**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Rooftop Group International Pte. Ltd., | § | Case No. 19-31443-hdh11 |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

## SUA SPONTE ORDER TRANSFERRING AND REASSIGNING CASE

The above-captioned case is currently pending before the Honorable Harlin D. Hale in the Dallas Division of the Northern District of Texas, but the Honorable Mark X. Mullin has now presided over several hearings in this case. The Court finds it in the best interests of all concerned that Judge Mullin continue to preside over this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court for the Northern District of Texas is instructed to transfer and reassign, for all purposes, the above-captioned case to the Honorable Mark X. Mullin in the Fort Worth Division of the Northern District of Texas.

###END OF ORDER###

```
                              United States Bankruptcy Court
                               Northern District of Texas
In re:                                                                                  Case No. 19-31443-hdh
Rooftop Group International Pte. Ltd.                                                   Chapter 11
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0539-3          User: swhitaker              Page 1 of 2                  Date Rcvd: Aug 20, 2019
                              Form ID: pdf013              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db            +Rooftop Group International Pte. Ltd.,    5218 Spruce Street,     Bellaire, TX 77401-3311
aty           +Reed Smith, LLP,    2501 N. Harwood, Suite 1700,     Dallas, TX 75201-1663
intp          +Darren Scott Matloff,    c/o Law Office of Sarah M. Cox,      12770 Coit Rd, Suite 1100,
               Dallas, TX 75251-1329
18568214       APPLAUD MEDIA,    32 Vicarage Drive,    Beckenham, London BR3 1JW,     United Kingdom
18568221       Accessory Line,    Via Zagaria 2,    31055 Quinto di Treviso (TV),     Italy
18568198       Amax Industrial Group China Co., Ltd.,     Wenjin Middle Road 1010,     Luohu District,    Shenzhen,
               China, 518003
18568185       Andre Joseph Hoffmann,    L'occitane (Far East) Ltd.,     Times Square, 38/F, Tower Two,
               1 Matheson Street,    Causeway Bay, Hong Kong
18568199       Asian Express Holdings Limited,     582-592 Nathan Road Room 804,     Sino Centre Mongkon,
               Hong Kong
18568194       Asian Express Holdings Ltd,    Room 1702, Sino Centre,     582-592 Nathan Road,    Mongkok, Kowloon,
               Hong Kong
18568195       Atkis Capital Advisory Ltd,    27th Floor Tesbury Centre,      28 Queen's Road East,    Wan Chai,
               Hong Kong
18568228       Atlantis Internacional Spain,    Carrer del Crom, 53,     08907 L'Hospitalet de Llobregat,
               Barcelona,    Spain
18568192       Begaline Ltd,    Vanterpool Plaza, 2nd Floor,    Wickams Cay 1,,     Road Town, Tortola,,
               British Virgin Islands
18568184       Brian Dlugash / Tetro Limited,     4B, 12 Shipyard Lane,    Quarry Bay, Hong Kong
18568182       Chiat Thian Chew,    Portcullis Trustnet Chambers,    PO Box 3444,     Road Town, Tortola,
               British Virgin Islands
18568208       Crystal Marbles,    Televisieweg 2a,    1322 AC Almere,    Netherlands
18568191       Disney Consumer Products, Inc (USA),     80 Raffles Place, #26-04,     UOB Plaza 1,
               Singapore 048624
18568197      +Duane Morris LLP,    1540 Broadway,    New York, NY 10036-4086
18568210       Dunne and Waterman,    36 Whitefriars St,    London, EC4Y 8BQ,     United Kingdom
18568232       Extenso Telecom,    1 Chemin du Plateau,    69570 Dardilly,     France
18568212       GLS General Logistics Systems Hungary Kft.,     Alsnmedi,    GLS Eurpa u. 2,     2351 Hungary
18568205       Go To Tigers,    Shannonweg 72-74,    Botlek, Rotterdam, 3197,     The Netherlands
18568200       Gregor Steinborn,    Unternehmensberatung,    Monkesweg 50a,     Meerbusch 40670,     Germany
18568222       Hot Pickle Trading Ltd,    Lincoln House, Ground Floor Unit 2,      1-3 Brixton Road,
               London SW9 6DE,    United Kingdom
18568202       Jack Bishop,    6 Hallfields Lane,    Rothley,    Leicester LE7 7NF,    United Kingdom
18568231       Juguetronica,    Calle de Alberto Aguilera, 1,    28015 Madrid,     Spain
18568219       KCG Partners,    Szchenyi rkp. 8,    Budapest,    1054 Hungary
18568196      +KMOB (Knobbe Martens Olson & Bear),     2040 Main Street,    14th Floor,    Irvine, CA 92614-8214
18568201       Lee Waite,    8 Cliff Road,    Leigh On Sea,    Essex SS9 1HJ,    United Kingdom
18568220       Lehrieder Catering-Party-Service GmbH & Co. KG,     Messezentrum 1,     90471 Neuremberg,    Germany
18568204       Low Cut Limited,    48 Rustington Road,    Brighton,    East Sussex BN1 8DQ,    United Kingdom
18568224       Market Making LTD,    10 Chiswell Street,    London EC1Y 4UQ,     United Kingdom
18568218       Mazars,    Budapest, Nagyenyed u. 8,    1123 Hungary
18568211       Midland Helicopters,    Unit 11, Newton Road,    Harrowbrook Industrial Estate,
               Hinckley, Leicestershire LE10 3DS,     United Kingdom
18568227       North TQ,    Krakasvej,    11A 3400 Hillerd,    Denmark
18568233       North TQ,    Torsholmsalle 6,    3400 Hillerd,    Denmark
18568207       OP Talent Limited,    Shepherds Building,    Charecroft Way,     Shepards Bush, London W14 0EE,
               United Kingdom
18568188       Pica Australia,    11/37 Keilor Park Dr.,    Keilor Park,    Vic 3042,    Australia
18568193       Polar Ventures Overseas Limited,     Portcullis Trustnet Chambers,    PO Box 3444,
               Road Town, Tortola,    British Virgin Islands
18568217       RLVNT Distribution AB,    Bolshendens Industrivag 35,     427 50 Billdal,    Sweden
18568230       Real View Digital Greece,    Eth. Antistaseos 4,    Chalandri 152 32,     Greece
18568225       Red Agency,    121 Harrington Street,    The Rocks NSW 2000,     Australia
18568209       S H Landes LLP,    3rd Floor, Fairgate House,    78 New Oxford St,     London, WC1A 1HB,
               United Kingdom
18568206       Schenker Deutschland AG,    Lyoner Strasse 15,    60528 Frankfurt/Main,     Germany
18568183       Shulian Sui,    1-202 Building 5,    No. 17, Xicui Road,    Haidian District, Beijing,     China
18568186       Stephen Nelson,    Flat 7B,    93 Repulse Bay Road,    Hong Kong
18568203       Swerve Public Relations,    920 Brant St, Unit 5,    Burlington ON L7R 4J1
18568216       Tech Data UK,    Harrier Parkway Magna Park,    Lutterworth LE17 4XT,     United Kingdom
18568215      +Tech Data USA,    16202 Bay Vista Drive,    Clearwater FL 33760-3126
18568181       Triumphant Gold Limited,    Offshore Incorporations (Cayman) Limited,      Floor 4, Willow House,
               Cricket Square PO Box 2804,    Grand Cayman, KY1-1112, Cayman Islands
18568190       UOC SPV1 Pte. Ltd.,    80 Raffles Place,    #26-04 UOB Plaza 1,     Singapore 048624
18568223       Vertigo 6 BV,    Zijpendaalseweg,    12 6814 CK Arnhem,    The Netherlands
18568213       Zangen Bansmann PR,    Von-Gahlen-Strae 27,    40625 Dsseldorf,     Germany

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0
```

```
District/off: 0539-3          User: swhitaker         Page 2 of 2           Date Rcvd: Aug 20, 2019
                              Form ID: pdf013         Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18568234      Computerworks,   Florenz-Strasse 1e,   4023 Basel,   Switerland
18568226      MPIT Netherlands 1 BV,   Funenpark 1D,   1018AK AMSTERDAM
18568189      Suisuhai,   1-2-1904 Dayaotiancheng,   Shanda Road,   Jinan City, Shandong Province
18568229*     Accessory Line,   Via Zagaria, 2,   31055 Quinto di Treviso TV,   Italy
18568187*     Shulian Sui,  1-202 Building 5,   No. 17, Xicui Road,   Haidian District, Beijing,   China
                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:

        Katharine Battaia Clark    on behalf of Creditor    Triumphant Gold Limited KClark@HedrickKring.com, Robbyn@HedrickKring.com;Angela@HedrickKring.com
        Lindsey Lee Robin    on behalf of Debtor    Rooftop Group International Pte. Ltd. lrobin@reedsmith.com,   jkrasnic@reedsmith.com;anixon@reedsmith.com;srhea@reedsmith.com
        Matthew H. Davis    on behalf of Creditor    Disney Consumer Products, Inc. mdavis@lockelord.com, kristi.russelburg@lockelord.com
        Michael P. Cooley    on behalf of Debtor    Rooftop Group International Pte. Ltd. mpcooley@reedsmith.com,   jkrasnic@reedsmith.com;srhea@reedsmith.com
        Rachael L. Smiley    on behalf of Creditor Committee    Official Unsecured Creditors   Committee rachael.smiley@judithwross.com
        Sarah M. Cox    on behalf of Interested Party Darren   Scott Matloff sarah@sarahcoxlaw.com
        Thomas A. Connop    on behalf of Creditor    Disney Consumer Products, Inc. tconnop@lockelord.com, kristi.russelburg@lockelord.com
        United States Trustee    ustpregion06.da.ecf@usdoj.gov

                                                                                                  TOTAL: 8